IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID B. STARKEY | ) |
| | ) |
| v. | ) NO. 3-11-1217 |
| | ) JUDGE CAMPBELL |
| FIRST MAGNUS FINANCIAL | ) |
| CORP., et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 15), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's claims against Defendants First Magnus Financial Corporation and Stonecrest Title Escrow Co., LLC are DISMISSED without prejudice for failure to comply with Fed. R. Civ. P. 4(m) regarding service of process.

The Motion to Dismiss (Docket No. 7) of Defendants Bank of America, N.A., Bank of America Home Loan Servicing, LP, Mortgage Electronic Registration Systems, Inc. and MERS Mortgage Electronic Registration is GRANTED, and Plaintiff's claims against these Defendants are DISMISSED with prejudice.

Plaintiff's request for leave to file an Amended Complaint is DENIED, and the Clerk is directed to close this file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE